■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THADEUS POMPA, Appellant.—Judgment of the Supreme Court, Westchester County, rendered December 16, 1974, affirmed (see *People v Broadie,* 37 NY2d 100, cert den 423 US 950). Martuscello, J. P., Damiani, Margett and O'Connor, JJ., concur.